Dismissed and Memorandum Opinion filed September 4, 2008








Dismissed
and Memorandum Opinion filed September 4, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00502-CV

____________

 

JOHN R. HAAS, Appellant

 

V.

 

ASHFORD HOLLOW COMMUNITY
IMPROVEMENT ASSOCIATION, INC., Appellee

 



 

On Appeal from the County Civil
Court at Law No. 1

Harris County, Texas

Trial Court Cause No.
906128

 



 

M E M O R
A N D U M   O P I N I O N








This
appeal is from a judgment signed May 28, 2008.  The notice of appeal was filed
June 9, 2008.  To date, our records show that appellant has neither established
indigence nor paid the $175.00 appellate filing fee.  See Tex. R. App. P. 5 (requiring payment
of fees in civil cases unless indigent);Tex. R. App. P. 20.1
(listing
requirements for establishing indigence); see also Order Regarding Fees
Charged in Civil Cases in the Supreme Court and the Courts of Appeals and
Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138
(Tex. Aug. 28, 2007) (listing fees in court of appeals); Tex. Gov=t Code Ann. ' 51.207 (Vernon
2005) (same).  After being given
the requisite ten-days= notice that this appeal was subject to
dismissal, appellant has
not paid the filing fee.  

In
addition, no clerk=s record has been filed.  The clerk responsible for preparing
the record in this appeal informed the court appellant did not make
arrangements to pay for the record.  On August 11, 2008, notification was
transmitted to all parties of the Court=s intention to dismiss the appeal for
want of prosecution unless, within fifteen days, appellant paid or made
arrangements to pay for the record and provided this court with proof of
payment.  See Tex. R. App. P.
37.3(b).  No response was filed.  

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
September 4, 2008.

Panel consists of Chief Justice Hedges and Justices
Guzman and Brown.